# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **BRIAN OMAR BRAXTON, SR.,** | ) | **CASE NO. 7:17CV00422** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **FAULKNER, et al.,** | ) | By: Norman K. Moon |
| Respondent. | ) | Senior United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, this action, construed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, is **DISMISSED** without prejudice for failure to exhaust available state court remedies.

The clerk shall close the case. Because the defendant has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

It is so **ORDERED**.

**ENTER:** This  22nd  day of May, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE